B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

Western **District Of** New York

In re The Diocese of Rochester,
Debtor

Case No. 19-20905

Chapter 11

The Diocese of Rochester,
Plaintiff,

V.

The Continental Insurance Company, Certain Underwriters of Lloyd's, London, Certain London Market Companies, The Dominion Insurance Company Limited, Stronghold Insurance Company Limited, CX Reinsurance Company Limited, Markel International Insurance Company Limited, Tenecom Limited, National Surety Corporation, Interstate Fire & Casualty Company, Colonial Penn Insurance Company, and HDI Global Specialty SE,
Defendants.

Adv. Proc. No. 19-

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: United States Bankruptcy Court
Western District of New York
100 State Street
Rochester, NY 14614

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

Stephen A. Donato, Esq. and Charles J. Sullivan, Esq., Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, NY 13202
James R. Murray, Esq., Jared Zola, Esq. and Robyn L. Michaelson, Esq., Blank Rome LLP, 1271 Avenue of the Americas, New York, NY 10020
James S. Carter, Esq., Blank Rome LLP, 1825 Eye Street NW, Washington, DC 20006

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____ By: _____ (Deputy Clerk)