UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>THE DIOCESE OF ROCHESTER,<br><br>      Debtor. | Chapter 11<br><br>Case No. 19-20905 (PRW) |
| THE DIOCESE OF ROCHESTER,<br><br>      Plaintiff,<br><br>v.<br><br>THE CONTINENTAL INSURANCE COMPANY, et al.,<br><br>      Defendants. | Adv. Case No. 2:19-02021 (PRW) |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' REPLY TO THE MOTION FOR ENTRY OF AN ORDER REFERRING THIS ADVERSARY PROCEEDING TO MEDIATION [DOCKET NO. 10]**

The Official Creditors Committee for the Diocese of Rochester (the "Committee") hereby replies to the *Motion For Entry of An Order Referring This Adversary Proceeding to Mediation* (the "Motion") (*The Diocese of Rochester v. The Continental Insurance Company, et. al.*, Adv. Proceeding No. 2-19-02021-PRW, Docket no. 10):

  1.  The Committee supports the appointment of the Hon. Gregg Zive as the mediator in *The Diocese of Rochester v. The Continental Insurance Company, et al.*

  2.  The Committee has informed Judge Zive of its concerns regarding the location of mediation sessions outside of the Rochester, New York area on account of personal issues that would affect Committee members' ability to attend mediation sessions. In terms of

administrative expenses and costs borne by individual survivors, the Committee also is concerned about travel costs for multiple attorneys attending meditation in relative far away locations.

3. The Committee requests that the order appointing Judge Zive provide that mediation sessions requiring the attendance of Committee members be sited in Rochester, New York; and that mediation sessions involving counsel alone be sited in Rochester, NY; New York, NY; Philadelphia, PA; or Chicago, IL.

Date: February 24, 2020

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James I. Stang*
James I. Stang (admitted *pro hac vice*)
Ilan D. Scharf
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: jstang@pszjlaw.com
ischarf@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*