UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:  Case No. 19-20905

The Diocese of Rochester,  Chapter 11

        Debtor.

**JOINDER OF CERTAIN SEXUAL ABUSE CLAIMANTS IN THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OBJECTION TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER APPROVING SETTLEMENT AGREEMENT WITH CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, CERTAIN LONDON MARKET COMPANIES, INTERSTATE FIRE & CASUALTY COMPANY AND NATIONAL SURETY CORPORATION**

Certain Sexual Abuse Claimants, by and through their undersigned counsel, hereby submit this joinder to the *Official Committee of Unsecured Creditors' Objection to Debtor's Motion for Entry of an Order Approving Settlement Agreement with Certain Underwriters at Lloyd's, London, Certain London Market Companies, Interstate Fire & Casualty Company and National Surety Corporation* [Docket No. 1162] (the "**Objection**")[1] and respectfully states as follows:

**JOINDER**

1. The undersigned counsel represents six (6) individuals who filed Sexual Abuse Claims against the Diocese (collectively, the "**Claimants**"). The Claimants hereby join in and adopt the arguments set forth the Objection, which is incorporated herein by reference for all purposes.

2. The Claimants believe that the settlement amount with LMI\Interstate is too low. Moreover, the Claimants cannot support a Settlement Agreement that provides for extensive releases of Non-Diocesan Entities without disclosing the amount of contributions by such parties

---

[1] Capitalized terms used but not defined herein shall have the meanings and definitions ascribed to them in the Objection.

to a global settlement. The Claimants ask the Court to prevent a manifest injustice and deny the Rule 9019 Motion.

Dated: July 8, 2021
       New York, New York

Respectfully submitted,

By: *Matthew Merson*
MERSON LAW, PLLC
Jordan K. Merson, Esq.
jmerson@mersonlaw.com
Matthew G. Merson, Esq.
mmerson@mersonlaw.com
Attorneys for Sexual Abuse Claimants
950 Third Avenue, 18th Floor
New York, New York 10022
Phone: (212) 603-9100
Fax: (347) 441-4171
