UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:  
  The Diocese of Rochester  
    aka The Roman Catholic Diocese of Rochester

Case No.: 2–19–20905–PRW  
Chapter: 11

Debtor(s)

The Diocese of Rochester  
    Plaintiff(s)  

v.

A.P. No.: 2–19–02021–PRW

The Continental Insurance Company  
Certain Underwriters at Lloyd's, London  
Certain London Market Companies  
The Dominion Insurance Company Limited  
Stronghold Insurance Company Limited  
CX Reinsurance Company Limited  
Markel International Insurance Company Limited  
Tenecom Limited  
National Surety Corporation  
Interstate Fire & Casualty Company  
Colonial Penn Insurance Company  
HDI Global Specialty SE  
    Defendant(s)

## CASE MANAGEMENT ORDER
## – CASES BEFORE JUDGE WARREN –
## (**REVISED CALL–IN INSTRUCTIONS**)

    Until further order of the Court, weekly Motion Terms, Chapter 13 Confirmation Hearings, and any other Discrete Hearings and Conferences in both Buffalo and Rochester will be conducted by telephone conference, to eliminate the need for counsel, parties, or interested persons to appear in person. Matters will begin at the regularly scheduled times. Counsel and interested parties should call the telephone conference system sufficiently in advance of the beginning of the scheduled matter by: (1) dialing **(571) 353–2300**; (2) when prompted for the "number you wish to dial" dial **222186610#**; (3) when prompted for the security pin enter **9999#**. Cases will be called in the order listed on the Court's website: https://www.nywb.uscourts.gov/calendars/judge_warren/index.html. An electronic record of each proceeding will be made.

    **THE COURT HAS DETERMINED THAT USE OF THE TELEPHONE CONFERENCE SYSTEM IS MANDATORY. ONLY COURT STAFF WILL BE PERMITTED IN THE COURTROOM – AN ATTORNEY, PARTY, OR INTERESTED PERSON SEEKING TO APPEAR IN PERSON <u>WILL NOT</u> BE PERMITTED TO ENTER THE COURTROOM.**

**THE RECORDING OR BROADCASTING OF ANY HEARING IS PROHIBITED – ANY VIOLATION OF THIS PROHIBITION WILL RESULT IN THE IMPOSITION OF SANCTIONS.**

*Effective immediately, courtesy copies of pleadings or other papers for matters before Judge Warren are no longer to be provided to Chambers or the Clerk's Office.*

**IT IS SO ORDERED.**

Dated: July 23, 2021 /s/
    Rochester, New York    **HONORABLE PAUL R. WARREN**
United States Bankruptcy Judge

Form cmotele/Doc 161
www.nywb.uscourts.gov