UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No.: 2-19-20905-PRW |
| The Diocese of Rochester, | Chapter 11 |
| Debtor. | |
| The Diocese of Rochester, | Adversary Proceeding No.: 19-02021-PRW |
| Plaintiff, | |
| v. | |
| The Continental Insurance Company, et al., | |
| Defendants. | |

**NOTICE OF WITHDRAWAL AS COUNSEL AND REQUEST FOR NO FURTHER ELECTRONIC NOTICES**

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, Charles E. Jones and Moss & Barnett, P.A., notify the Court and counsel they are withdrawing from the representation of Defendants Interstate Fire & Casualty Company and National Surety Company in this matter.

Peter P. McNamara and Siobhain Patricia Minarovich of Rivkin Radler LLP; Matt Roberts and Harris Winsberg of Troutman Sanders; and Russell Web Roten of Duane Morris LLP remain counsel of record and represent Defendants Interstate Fire & Casualty Company and National Surety Company in this matter.

Further, the undersigned, former counsel for Defendants Interstate Fire & Casualty Company and National Surety Company, requests to receive no further electronic notices in the above-captioned cases.

|  |  |
|---|---|
|  | MOSS & BARNETT<br>A Professional Association |
| Dated: December 13, 2021 | By: *s/ Charles E. Jones*<br>Charles E. Jones<br>150 South Fifth Street, Suite 1200<br>Minneapolis, MN 55402<br>Telephone: 612-877-5381<br>Facsimile: 612-877-5299<br>Email: Charles.Jones@lawmoss.com |

7543201v1