The Diocese of Rochester,

    Plaintiff                                                     Adv. Proc. No. 19-02021-PRW

The Continental Insurance Company,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0209-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2022 | Form ID: pdforder | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Bradley Riley Jacobs PC, Todd C. Jacobs, 500 W. Madison, Suite 100, Chicago, IL 60661-4544 |
| | + | David Christian Attorneys LLC, David Christian, 105 W. Madison Street, Suite 1400, Chicago, IL 60602-4654 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion02.ro.ecf@usdoj.gov | Jun 28 2022 18:22:00 | Office of the U.S. Trustee, 100 State Street, Room 6090, Rochester, NY 14614-1321 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2022                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Horowitz | on behalf of Creditor 31 Claimants adam@adamhorowitzlaw.com |
| Catalina Sugayan | on behalf of Defendant CX Reinsurance Company Limited catalina.sugayan@clydeco.us  Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Defendant Certain Underwriters at Lloyd's  London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |

Catalina Sugayan

on behalf of Defendant The Dominion Insurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan

on behalf of Defendant HDI Global Specialty SE catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan

on behalf of Defendant Markel International Insurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan

on behalf of Defendant Tenecom Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan

on behalf of Defendant Certain London Market Companies catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Charles Edwin Jones

on behalf of Defendant Interstate Fire & Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones

on behalf of Defendant National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles J. Sullivan

on behalf of Plaintiff The Diocese of Rochester csullivan@bsk.com kdoner@bsk.com;csullivan@bsk.com;jhunold@bsk.com

Dirk C. Haarhoff

on behalf of Defendant Colonial Penn Insurance Company dchaarhoff@kslnlaw.com

Dirk C. Haarhoff

on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company dchaarhoff@kslnlaw.com

Gerard Sweeney

on behalf of Creditor CC 403 gkosmakos@srblawfirm.com

Harris Winsberg

on behalf of Defendant Interstate Fire & Casualty Company harris.winsberg@troutmansanders.com

Harris Winsberg

on behalf of Defendant National Surety Corporation harris.winsberg@troutmansanders.com

Ilan D Scharf

on behalf of Creditor Committee Official Committee of Unsecured Creditors ischarf@pszjlaw.com lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

Ilan D Scharf

on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors ischarf@pszjlaw.com lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

James I. Stang

on behalf of Creditor Committee Official Committee of Unsecured Creditors jstang@pszjlaw.com

James R Marsh

on behalf of Creditor 31 Claimants jamesmarsh@marsh.law

Jeffrey Austin Dove

on behalf of Defendant The Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jennifer Smith

on behalf of Defendant The Continental Insurance Company jsmith@tresslerllp.com

Judith Treger Shelton

on behalf of Defendant Colonial Penn Insurance Company jtshelton@kslnlaw.com

Judith Treger Shelton

on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company jtshelton@kslnlaw.com

Kaitlin M. Calov

on behalf of Defendant Colonial Penn Insurance Company kcalov@wwmlawyers.com jvail@walkerwilcox.com

Kaitlin M. Calov

on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company kcalov@wwmlawyers.com jvail@walkerwilcox.com

Kathleen Thomas

on behalf of Creditor Certain Sexual Abuse Claimants kat@tlclawllc.com

Kathleen Dunivin Schmitt, 11

USTPRegion02.RO.ECF@USDOJ.GOV

Leander Laurel James, IV

on behalf of Interested Party Kenneth Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net

Matt Roberts

| | |
|---|---|
| | on behalf of Defendant National Surety Corporation matthew.roberts2@troutmansanders.com |
| Matt Roberts | |
| | on behalf of Defendant Interstate Fire & Casualty Company matthew.roberts2@troutmansanders.com |
| Matthew Griffin Merson | |
| | on behalf of Notice of Appearance Creditor Merson Law  PLLC mmerson@mersonlaw.com |
| Michael Finnegan | |
| | on behalf of Notice of Appearance Creditor Jeff Anderson & Associates mike@andersonadvocates.com therese@andersonadvocates.com,erin@andersonadvocates.com |
| Michael J. DiSantis | |
| | on behalf of Defendant The Continental Insurance Company mdisantis@tresslerllp.com |
| Mitchell Garabedian | |
| | on behalf of Creditor BB 44 mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | |
| | on behalf of Creditor SHC-MG-2 Doe mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | |
| | on behalf of Creditor SM 247 mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | |
| | on behalf of Creditor DG 278 mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | |
| | on behalf of Creditor VJR 41 mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | |
| | on behalf of Creditor MS 275 mgarabedian@garabedianlaw.com |
| Peter Garthwaite | |
| | on behalf of Defendant Tenecom Limited peter.garthwaite@clydeco.com |
| Peter P. McNamara | |
| | on behalf of Defendant Interstate Fire & Casualty Company peter.mcnamara@rivkin.com |
| Peter P. McNamara | |
| | on behalf of Defendant National Surety Corporation peter.mcnamara@rivkin.com |
| Robert P. Arnold | |
| | on behalf of Defendant Colonial Penn Insurance Company rarnold@walkerwilcox.com  MZaiko@walkerwilcox.com |
| Robert P. Arnold | |
| | on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company rarnold@walkerwilcox.com MZaiko@walkerwilcox.com |
| Russell Webb Roten | |
| | on behalf of Defendant Interstate Fire & Casualty Company RWRoten@duanemorris.com |
| Russell Webb Roten | |
| | on behalf of Defendant Certain London Market Companies RWRoten@duanemorris.com |
| Scott Michael Duquin | |
| | on behalf of Creditor Certain Sexual Abuse Claimants sduquin@hoganwillig.com  smdlaw27@gmail.com |
| Shannon Anne Scott | |
| | on behalf of U.S. Trustee William K. Harrington shannon.scott2@usdoj.gov |
| Siobhain Patricia Minarovich | |
| | on behalf of Defendant Interstate Fire & Casualty Company siobhain.minarovich@rivkin.com |
| Siobhain Patricia Minarovich | |
| | on behalf of Defendant National Surety Corporation siobhain.minarovich@rivkin.com |
| Stephen A. Donato | |
| | on behalf of Plaintiff The Diocese of Rochester sdonato@bsk.com  ayerst@bsk.com;kdoner@bsk.com |
| Steve Phillips | |
| | on behalf of Creditor LCVAWCR DOE sphillips@p2law.com |
| Timothy Patrick Lyster | |
| | on behalf of Interested Party Ad Hoc Parish Committee tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com |
| Todd S. Schenk | |
| | on behalf of Defendant The Continental Insurance Company tschenk@tresslerllp.com |

TOTAL: 55

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:                                          Case No. 19-20905

The Diocese of Rochester,

                                                Chapter 11

                        Debtor.

## STIPULATION AND ORDER REGARDING
## DISCOVERY AND THE HEARING RELATING TO THE MOTION
## BY THE DIOCESE TO APPROVE NEGOTIATED SETTLEMENTS
## PURSUANT TO FEDERAL RULE OF BANKRUPTCY 9019

It is hereby stipulated and agreed, by and through the undersigned counsel of record for

The Diocese of Rochester (the "Debtor"), the Official Committee of Unsecured Creditors (the

"Committee"), London Market Insurers ("LMI")[1], Certain Underwriters at Lloyd's, London

("Underwriters")[2], Interstate Fire & Casualty Company and National Surety Corporation

(collectively, "Interstate"), and The Continental Insurance Company, successor by merger to

Commercial Insurance Company of Newark, New Jersey and Firemen's Insurance Company of

Newark, New Jersey ("CNA"), and together with LMI, Underwriters and Interstate, the "Insurers")

(the Debtor, the Committee, LMI, Underwriters, Interstate and CNA are each a "Party" and are

collectively referred to as the "Parties"), as follows:

---

[1] The term "London Market Insurers" refers, collectively to Certain Underwriters at Lloyd's, London, Catalina Worthing Insurance Ltd. f/k/a HFPI (as Part VII transferee of Excess Insurance Company Ltd.), RiverStone Insurance (UK) Limited (as successor in interest to Terra Nova Insurance Company Ltd. and as successor in interest to Sphere Drake Insurance Ltd.), Sompo Japan Nipponkoa Insurance Company of Europe Limited (formerly known as The Yasuda Fire & Marine Insurance Company), and Dominion Insurance Company Ltd., who subscribed severally and not jointly as their interests appear to Package, Excess Broadform, and other Policies providing insurance to the Diocese of Rochester and other Non-Debtor Diocesan Related Entities.

[2] The term "Underwriters" refers to certain Underwriters at Lloyd's, London, HDI Global Specialty SE and Convex Insurance UK Limited subscribing to Certificates providing insurance to the Diocese of Rochester and other non-Debtor related entities from July 1, 2018 to the present.

14129944.4

**WHEREAS**, the Debtor has moved this Court (the "Motion") (Dkt. No. 190) for entry of an order, pursuant to sections 105 and 363 of title 11 of the United States Code (11 U.S.C. § 101, et seq., as amended, the "Bankruptcy Code") and Rules 2002(a)(2)-(a)(3), 6004, 9007, 9008, and 9019(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") approving negotiated settlements with the Insurers, which will provide aggregate settlement proceeds of $107,750,000 to be combined with an additional $40,500,000 contribution from the Diocese and other Debtor related entities to make a total of $147,750,000 in funding available for a trust to compensate survivors of abuse.

**WHEREAS**, the Parties have agreed to a schedule for the Committee's response to the Motion, the deadlines for any discovery that the parties choose to conduct in relation to the Motion and the dates relating to any hearing on the Motion that may be necessary to resolve the Motion.

**NOW, THERFORE, IT IS HEREBY STIPULATED AND AGREED**, subject to the approval of the Court, as follows:

1. **June 23, 2022:** Deadline for the Insurers and any others to file and serve briefs in support of the Motion.

2. **June 30, 2022:** Deadline for (a) the service of any written discovery demands pursuant to the Federal Rules of Civil Procedure, and (b) the Committee to file and serve any response or objection to the Motion.

3. **July 22, 2022:** Deadline for (a) the disclosure of all fact witnesses each Party believes in good faith that it is likely to call at the Hearing (as defined below) (the "Preliminary Witness List"), and (b) the filing and service of any replies to any responses or objections to the Motion.

14129944.4

4.   **August 8, 2022**:   Deadline to produce responses to written discovery demands, including written objections and responses and documents or information responsive to such demands.

5.   **August 15, 2022**:   Deadline (a) for each Party to supplement its respective Preliminary Witness List with all additional witnesses such Party will call at the Hearing, and (b) to submit written discovery disputes to the Court (each, a "Discovery Motion").[3]

6.   **August 22, 2022:**   The Court to determine all written discovery issues.

7.   **October 14, 2022**:   Deadline to complete all fact discovery, including depositions of fact witnesses.

8.   **October 21, 2022:**   Deadline for all Parties to identify expert witnesses.

9.   **October 28, 2022**:   Deadline for any Party intending to offer expert testimony that is not rebuttal expert testimony at the Hearing to serve on all other Parties a written report prepared and signed by the expert containing the information required by Federal Rules of Civil Procedure 26(a)(2)(B), along with all documents, facts, and data considered by the expert authoring the report. The parties hereby stipulate, pursuant to Bankruptcy Rule 9014, that Federal Rules of Civil Procedure 26(a)(2) shall apply in this case.

10.   **November 11, 2022**: Deadline for any Party intending to offer rebuttal expert testimony at the Hearing to serve a written rebuttal expert report on all other Parties containing the information required by Federal Rule of Civil Procedure 26(a)(2)(B), along with all documents, facts, and data considered by the expert authoring the rebuttal report. If the expert providing

---

[3] The parties agree (a) to meet and confer in good faith before filing any Discovery Motion, (b) to jointly request that the Discovery Motion be heard telephonically, on five (5) calendar days' notice, or as soon thereafter as counsel can be heard (without the necessity of filing a motion to shorten time), and that (c) any response or objection to a Discovery Motion shall be filed at least 48 hours before the telephonic hearing.

14129944.4

rebuttal testimony had not been previously disclosed and identified, such rebuttal report shall contain the information required by Federal Rules of Civil Procedure 26(a)(2)(A) and (B).

11. **December 16, 2022**: Deadline to complete all expert discovery, including depositions of expert witnesses.

12. The evidentiary hearing on the Motion (the "Hearing") will be conducted in person and commence on ~~JAN. 24~~, 2023 at ~~9:30~~ a.m. and shall continue, as necessary on ~~JAN 25~~, 2023, ~~JAN 26~~ 2023 and ~~JAN 27~~ 2023. (✗) *(PW)*

13. Ten (10) days prior to the first day of the Hearing, the Parties shall exchange copies of all exhibits and witness names to be offered at the Hearing.

14. Seven (7) days prior to the first day of the Hearing, the Parties shall each file a trial brief, motions *in limine* (if any), and motions to preclude expert testimony (if any); the Parties shall file with the court a joint exhibit list, which highlights any unresolved objections to admissibility to such exhibits.

*(PW)* 15. ~~Three (3)~~ FIVE(5) days prior to the first day of the Hearing, the Debtor shall provide copies of the exhibits and the joint exhibit list to the Court, and the Parties shall file objections and responses, if any, to any filed motions *in limine* and motions to preclude expert testimony. The Court may enter an Order approving this Stipulation without further notice to any Party, and the Parties respectfully request that the Court do so.

(✗) The Court will set a date for the submission of post-trial briefs by an order to be entered at *(PW)* the conclusion of the trial.

4

BOND, SCHOENECK & KING, PLLC

Dated: _____, 2022

By:    /s/ Stephen A. Donato
      Stephen A. Donato
      Charles J. Sullivan
      Grayson T. Walter
      Brian J. Butler
      One Lincoln Center
      Syracuse, NY 13202-1355
      Telephone: (315) 218-8336
      Email:    sdonato@bsk.com
              csulivan@bsk.com
              gwalter@bsk. Com
              butlerb@bsk.com

*Attorneys for the Diocese of Rochester*

PACHULSKI STANG ZIEHL & JONES LLP

Dated: _____, 2022

By: /s/ Ilan D. Scharf
      James I. Stang (pro hac vice)
      Ilan D. Scharf
      Brittany M. Michael
      780 Third Avenue, 34th Floor
      New York, NY 10017
      Telephone: (212) 561-7700
      Email:    jstang@pszjlaw.com
              ischarf@pszjlaw.com
              bmichael@pszjlaw.com

*Attorneys for Official Committee of Unsecured Creditors*

RIVKIN RADLER LLP

Dated: _____, 2022

By: /s/ Peter P. McNamara
      Peter P. McNamara (pro hac vice)
      Siobhain P. Minarovich (pro hac vice)
      926 RXR Plaza
      Uniondale, NY 11556-0926
      Telephone: (516) 357-3045
      Email: peter.mcnamara@rivkin.com
             Siobhain.Minarovich@Rivkin.com

14129944.4

PARKER, HUDSON, RAINER & DOBBS LLP

Dated: _____, 2022

By: /s/ Harris B. Winsberg

Harris B. Winsberg
(admitted *pro hac vice*)
Matthew M. Weiss
(*pro hac vice* to be filed)
303 Peachtree Street, Suite 3600
Atlanta, GA 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
hwinsberg@phrd.com
mweiss@phrd.com

BRADLEY RILEY JACOBS PC

Dated: _____, 2022

By: /s/ Todd C. Jacobs

Todd C. Jacobs
(admitted *pro hac vice*)
John E. Bucheit
(admitted *pro hac vice*)
500 W. Madison, Suite 1000
Chicago, IL 60654
Telephone: (312) 281-0295
jbucheit@bradleyriley.com
tjacobs@bradleyriley.com

*Attorneys for Interstate Fire &Casualty Company*
*and National Surety Corporation*

CLYDE & CO US LLP

Dated: _____, 2022

By: /s/ Catalina J. Sugayan

Catalina J. Sugayan (pro hac vice)
Alexandra Olkowski (pro hac vice)
55 West Monroe Street, Suite 3000
Chicago, IL 60603
Telephone: (312) 635-7000
Email:    catalina.sugayan@clydeco.us
         alexandra.olkowski@clydeco.us

6

14129944.4

DUANE MORRIS LLP

Dated: _____, 2022

By: /s/ Russell W. Roten
    Russell W. Roten (pro hac vice)
    Jeff D. Kahane (pro hac vice)
    Duane Morris LLP
    865 S. Figueroa Street, Suite 311
    Los Angeles, California 90017-5450
    Telephone:  (213) 689-7400
    Email:  rwroten@duanemorris.com
          jkahane@duanemorris.com

*Attorneys for London Market Insurers*

CLYDE & CO US LLP

Dated: _____, 2022

By: /s/ Catalina J. Sugayan
    Catalina J. Sugayan (pro hac vice)
    Alexandra Olkowski (pro hac vice)
    55 West Monroe Street, Suite 3000
    Chicago, IL  60603
    Telephone:  (312) 635-7000
    Email:    catalina.sugayan@clydeco.us
          alexandra.olkowski@clydeco.us

*Attorneys for Certain Underwriters at Lloyd's, London*

DAVID CHRISTIAN ATTORNEYS LLC

Dated: _____, 2022

By: /s/ David Christian
    David Christian
    David Christian Attorneys LLC
    105 W. Madison Street, Suite 1400
    Chicago, IL 60602
    Telephone:  (312) 282-5282
    Email:    dchristian@dca.law

7

14129944.4

TRESSLER LLP

Dated: _____, 2022

By: /s/ Todd S. Schenk
Todd S. Schenk
233 South Wacker Drive, 61st Floor
Chicago, IL 60606
Telephone: (312) 627-4000
Email: tschenk@tresslerllp.com

*Attorneys for The Continental Insurance Company*

SO ORDERED:

Dated: June 28, 2022
Rochester, New York

UNITED STATES BANKRUPTCY JUDGE

8

14129944.4