UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No.: 19-20905 |
| The Diocese of Rochester, | Chapter 11 |
| Debtor. | |
| The Diocese of Rochester, | |
| Plaintiff, | Adversary Proceeding<br>No.: 19-ap-02021 |
| v. | |
| The Continental Insurance Company, Certain Underwriters at Lloyd's, London, Certain London Market Companies, The Dominion Insurance Company Limited, Stronghold Insurance Company Limited, CX Reinsurance Company Limited, Markel International Insurance Company Limited, Tenecom Limited, National Surety Corporation, Interstate Fire & Casualty Company, Colonial Penn Insurance Company, and HDI Global Specialty SE, | |
| Defendants. | |

### AMENDED NOTICE OF MOTION FOR ENTRY OF AN ORDER APPROVING THE FORM AND MANNER OF NOTICE OF THE DIOCESE'S MOTION TO APPROVE PROPOSED INSURANCE SETTLEMENTS TO FUND SURVIVOR COMPENSATION TRUST

**PLEASE TAKE NOTICE**, that on September 19, 2022, The Diocese of Rochester (the "Diocese") filed its *Motion for Entry of an Order Approving the Form and Manner of Notice of the Diocese's Motion to Approve Proposed Insurance Settlements to Fund Survivor Compensation Trust* (the "Motion") with the United States Bankruptcy Court for the Western District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE**, that a hearing to consider the Motion and any objections related thereto will be held on **October 20, 2022 at 11:00 a.m.** (prevailing Eastern time), or as soon thereafter as counsel may appear and be heard, before the Honorable Paul R. Warren, United States Bankruptcy Judge for the Western District of New York, or such other

judge as may be sitting in his stead in the United States Courthouse at 100 State Street, Rochester, New York 14614.

      **PLEASE TAKE FURTHER NOTICE**, that responses in opposition to the relief requested in the Motion, if any, must be electronically filed with the Court and served upon (i) counsel for the Diocese, Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202 (Attn: Stephen A. Donato and Charles J. Sullivan); (ii) the Office of the United States Trustee, Federal Office Building, 100 State Street, Rochester, New York 14614 (Attn: Kathleen D. Schmitt) and the Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Shannon A. Scott, Esq.); and (iii) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones, LLP, 780 Third Avenue, 34th Floor, New York, New York 10017 (Attn: Ilan D. Scharf) **not less than 72 hours prior to the hearing date and time on the Motion**.

      **PLEASE TAKE FURTHER NOTICE**, that a copy of the Motion may be obtained from the Clerk's Office, United States Bankruptcy Court for the Western District of New York, Rochester Division, via the Court's electronic case management system at https://ecf.nywb.uscourts.gov, by visiting https://case.stretto.com/rochesterdiocese/docket, by calling 855.347.3773, or by written request to the Diocese's undersigned counsel.

Dated: September 19, 2022                                      BOND, SCHOENECK & KING, PLLC

                                                                By:       /s/ Stephen A. Donato
                                                                  Stephen A. Donato
                                                                   Charles J. Sullivan
                                                                   Grayson T. Walter
                                                                   One Lincoln Center
                                                                   Syracuse, NY 13202
                                                                   Telephone: (315) 218-8000
                                                                   Facsimile: (315) 218-8100
                                                                   Emails: sdonato@bsk.com
                                                                                 csullivan@bsk.com
                                                                                 gwalter@bsk.com

                                                                  *Attorneys for The Diocese of Rochester*

2

14769020.6
Case 2-19-02021-PRW, Doc 208, Filed 09/19/22, Entered 09/19/22 14:54:42, Description: Main Document, Page 2 of 2