UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Diocese of Rochester,<br><br>      Debtor. | Case No.: 19-20905<br><br>Chapter 11 |
| The Diocese of Rochester,<br><br>      Plaintiff,<br><br>v.<br><br>The Continental Insurance Company, Certain Underwriters at Lloyd's, London, Certain London Market Companies, The Dominion Insurance Company Limited, Stronghold Insurance Company Limited, CX Reinsurance Company Limited, Markel International Insurance Company Limited, Tenecom Limited, National Surety Corporation, Interstate Fire & Casualty Company, Colonial Penn Insurance Company, and HDI Global Specialty SE,<br><br>      Defendants. | Adversary Proceeding No.:<br>2-19-02021-PRW |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

      I, Monica Arellano, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

      On October 25, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Stephen Boyd, PC, Attn: Stephen Boyd, Esq. at 2969 Main St, # 100, Buffalo, NY 14214-1003, pursuant to USPS forwarding instructions:

- **Brief of Appellant The Diocese of Rochester** (Docket No. 23)

[THIS SPACE INTENTIONALLY LEFT BLANK]

Furthermore, on October 25, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on CVA Claimants, c/o The Meneo Law Group, Attn: Ron Michael Meneo at 157 Church St, Fl 19, New Haven, CT 06510-2100, pursuant to USPS forwarding instructions:

- **Amended Notice of Motion for Entry of an Order Approving the Form and Manner of Notice of the Diocese's Motion to Approve Proposed Insurance Settlements to Fund Survivor Compensation Trust** (Docket No. 208, Case No. 19-02021), **together with the Diocese's Motion to Approve Proposed Insurance Settlements to Fund Survivor Compensation Trust** (Docket No. 206, Case No. 19-02021)

- **Amended Notice of Motion for Entry of an Order Approving the Form and Manner of Notice of the Diocese's Motion to Approve Proposed Insurance Settlements to Fund Survivor Compensation Trust** (Docket No. 1718, Case No. 19-20905), **together with Notice of Motion for Entry of an Order Approving the Form and Manner of Notice of the Diocese's Motion to Approve Proposed Insurance Settlements to Fund Survivor Compensation Trust** (Docket No. 1716, Case No. 19-20905)

Furthermore, on October 25, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Stephen Boyd, PC, Attn: Stephen Boyd, Esq. at 2969 Main St, # 100, Buffalo, NY 14214-1003 and on two (2) confidential parties not listed herein, pursuant to USPS forwarding instructions:

- **Notice of Motion for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Bankruptcy Rule 9019(a), (I) Authorizing the Diocese to "Opt In" to Treatment as a Participating Chartered Organization Under the Boy Scouts of America Chapter 11 Plan, to the Extent Necessary; (II) Authorizing the Diocese to Assign Rights Under Certain Insurance Policies; (III) Approving Diocese Participation in the Settlement Agreement Among the Roman Catholic Ad Hoc Committee, the Boy Scouts of America and Other Parties; and (IV) Granting Related Relief** (Pages 1-2, Docket No. 1741)

Dated: October 28, 2022

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(800) 634-7734
Monica.Arellano@Stretto.com