UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

_____

In re:

    The Diocese of Rochester,
        *aka* The Roman Catholic Diocese
        of Rochester,

                Debtor.

Bankruptcy Case No. 19-20905-PRW
Chapter 11

_____

The Diocese of Rochester,

        Plaintiff,

    v.

Adversary Proceeding No. 19-02021-PRW

The Continental Insurance Company,
Certain Underwriters at Lloyd's, London,
Certain London Market Companies,
The Dominion Insurance Company Limited,
Stronghold Insurance Company Limited,
CX Reinsurance Company Limited,
Markel International Insurance Company Limited,
Tenecom Limited,
National Surety Corporation,
Interstate Fire & Casualty Company,
Colonial Penn Insurance Company,
HDI Global Specialty SE,

        Defendants.

_____

### CASE MANAGEMENT ORDER
### AUTHORIZING MEDIATION TO BE HELD
### ON SUCH DATE(S) AND IN SUCH A MANNER
### AS JUDGE ZIVE DIRECTS

Following the filing of this Court's "Decision and Order Dissolving Judicial Stay of Deadlines in Adversary Proceeding and Terminating Mediation Order" in this Adversary Proceeding (ECF AP No. 233), the Court has been advised that the Diocese, the Committee and Interstate Fire & Casualty Company are desirous of returning to the mediation table. The Court is favorably disposed to permitting mediation to be reconvened and the requested mediation to

go forward before Judge Zive and Paul Van Osselaer, in the exercise of the Court's discretion and under 11 U.S.C. § 105(a) and in keeping with the spirit of Rule 1001 FRBP. It is therefore

**ORDERED**, that this Court's "Order Terminating Mediation" is temporarily vacated, to permit mediation among the aforementioned parties to go forward before Judge Zive and Paul Van Osselaer, on such date(s) and in such a manner as Judge Zive directs (and continuing for as long a period of time as Judge Zive deems appropriate), and the vacature of said Order will continue until such time as Judge Zive determines that further mediation efforts would not be useful; and it is further

**ORDERED**, that the time for Interstate to answer or otherwise appear in this Adversary Proceeding is extended to a date in the future that is 30 days after the date that Judge Zive notifies the parties to the mediation and the Court that further mediation efforts would not be useful.

**IT IS SO ORDERED.**

Dated: May 8, 2023 _____/s/_____
Rochester, New York **HON. PAUL R. WARREN**
United States Bankruptcy Judge