# Notice Recipients

District/Off: 0209−2  User: admin  Date Created: 5/8/2023
Case: 2−19−02021−PRW  Form ID: pdfterm  Total: 40

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Catalina Sugayan | catalina.sugayan@clydeco.us |
| aty | Charles Edwin Jones | charles.jones@lawmoss.com |
| aty | Charles J. Sullivan | csullivan@bsk.com |
| aty | Dirk C. Haarhoff | dchaarhoff@kslnlaw.com |
| aty | Gerard Sweeney | gkosmakos@srblawfirm.com |
| aty | Harris Winsberg | hwinsberg@phrd.com |
| aty | Ilan D Scharf | ischarf@pszjlaw.com |
| aty | James I. Stang | jstang@pszjlaw.com |
| aty | James R Marsh | jamesmarsh@marsh.law |
| aty | Jeffrey Austin Dove | jdove@barclaydamon.com |
| aty | Jesse Bair | jbair@burnsbair.com |
| aty | John Bucheit | jbucheit@bradleyriley.com |
| aty | Judith Treger Shelton | jtshelton@kslnlaw.com |
| aty | Kaitlin M. Calov | kcalov@wwmlawyers.com |
| aty | Kathleen Thomas | kat@tlclawllc.com |
| aty | Leander Laurel James, IV | ljames@jvwlaw.net |
| aty | Matthew Roberts | mroberts@phrd.com |
| aty | Matthew Griffin Merson | mmerson@mersonlaw.com |
| aty | Michael Finnegan | mike@andersonadvocates.com |
| aty | Mitchell Garabedian | mgarabedian@garabedianlaw.com |
| aty | Peter Garthwaite | peter.garthwaite@clydeco.com |
| aty | Peter P. McNamara | peter.mcnamara@rivkin.com |
| aty | Robert P. Arnold | rarnold@walkerwilcox.com |
| aty | Russell Webb Roten | RWRoten@duanemorris.com |
| aty | Scott Michael Duquin | sduquin@hoganwillig.com |
| aty | Siobhain Patricia Minarovich | siobhain.minarovich@rivkin.com |
| aty | Stephen A. Donato | sdonato@bsk.com |
| aty | Steve Phillips | sphillips@p2law.com |
| aty | Timothy Patrick Lyster | tlyster@woodsoviatt.com |
| aty | Timothy W. Burns | tburns@burnsbair.com |
| aty | Todd Jacobs | tjacobs@bradleyriley.com |

TOTAL: 31

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| ntcapr | Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP   J. Stang, I. Scharf   780 Third Avenue, 34th Floor   New York, NY 10017 |
| aty | Alexandra M Olkowski | Clyde & Co LLP   55 West Monroe Street   Ste 3000   Chicago, IL 60603 |
| aty | Harris Winsberg | Troutman Pepper Hamilton Sanders LLP   Bank of America Plaza   600 Peachtree Street, NE, Suite 3000   Atlanta, GA 30308 |
| aty | Jennifer Smith | Tressler LLP   233 South Wacker Drive   61st Floor   Chicago, IL 60606 |
| aty | Matthew Roberts | Troutman Sanders LLP   600 Peachtree St NE   Ste 3000   Atlanta, GA 30308 |
| aty | Michael J. DiSantis | Tressler LLP   500 Grant St.   Suite 2900   Pittsburgh, PA 15219 |
| aty | Sarah Rachelle Hertz | Clyde & Co LLP   55 West Monroe Street   Suite 3000   Chicago, IL 60603 |
| aty | Todd S. Schenk | Tressler LLP   233 S. Wacker Dr.   Ste 61st Floor   Chicago, IL 60606 |
| smg | Office of the U.S. Trustee | 100 State Street, Room 6090   Rochester, NY 14614 |

TOTAL: 9